Dismissed and Opinion filed January 23, 2003









Dismissed and Opinion filed January 23, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00745-CV

____________

 

WALDINE SCHLUENZ ROSINSKI, Appellant

 

V.

 

THE ESTATE OF MARTINA BUELOW, Appellee

 



 

On Appeal from the 155th District Court

Austin County, Texas

Trial Court Cause No. 2001V-0081

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 21, 2002.  On August 22, 2002, this Court ordered the
parties to mediation.  On January 14,
2003, appellant filed a motion to dismiss the appeal because the case has been
settled as a result of mediation.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

 

Judgment rendered and Opinion
filed January 23, 2003.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.